# Exhibit B

# Newly Approved LGBTQ-Inclusive Texts

*Texts by Grade Level*

| Grade Level | Title | Author | Text Summary |
|---|---|---|---|
| PreKindergarten and Head Start | *Pride Puppy* | Robin Stevenson | A young child and their family are having a wonderful time together celebrating Pride Day—meeting up with Grandma, making new friends and eating ice cream. But then something terrible happens: their dog gets lost in the parade! Luckily, there are lots of people around to help reunite the pup with his family. |
| Kindergarten through Grade 5 | *Uncle Bobby's Wedding* | Sarah Brannen | *Uncle Bobby's Wedding* is about a fun-loving girl named Chloe and her Uncle Bobby, whom she adores. But then she finds out Uncle Bobby is getting married, and meets Bobby's intended, Jamie, and worries that Uncle Bobby won't have time to spend with her anymore. |
| | *Intersection Allies: We Make Room for All* | Chelsea Johnson, LaToya Council & Carolyn Choi | In the story, *Intersection Allies: We Make Room for All*, the nine interconnected characters proudly describe themselves and their backgrounds, involving topics that range from a physical disability to language brokering, offering an opportunity to take pride in a personal story and |

|  |  |  | connect to the collective struggle for justice. |
|---|---|---|---|
|  | *My Rainbow* | Trinity & DeShanna Neal | *My Rainbow* tells the story of a dedicated mom who puts love into action as she creates the perfect rainbow-colored wig for her transgender daughter, based on the real-life experience of mother-daughter advocate duo Trinity and DeShanna Neal. Warm morning sunlight and love fill the Neal home. |
|  | *Prince & Knight* | Daniel Haack | *Prince & Knight* is a children's picture book authored by Daniel Haack and illustrated by Stevie Lewis. Prince & Knight tells the story of a young prince who falls in love with a knight after the two work together to battle a dragon threatening the kingdom. At the conclusion of the book, the two wed. |
|  | *Love, Violet* | Charlotte Sullivan Wild | Valentine's Day brings a shy child named Violet the chance to connect with her crush, Mira, in Sullivan Wild's uplifting wintry tale…a race through the snow—choreographically captured with dancelike |

|  |  |  | grace in Chua's simple, light-filled watercolors—brings the duo together at last, making the holiday one of joyful acceptance. |
|---|---|---|---|
|  | *Born Ready: The True Story of a Boy Named Penelope* | Jodie Patterson | In this exuberant companion to Jodie Patterson's adult memoir, The Bold World, Patterson shares her son Penelope's frustrations and triumphs on his journey to share himself with the world. Penelope's experiences show children that it always makes you stronger when you are true to yourself and who you really are. |
| Grade 6 | *Cattywampus* | Ash Van Otterloo | The magical story of a hex that goes haywire, and the power of friendship to set things right!<br><br>In the town of Howler's Hollow, conjuring magic is strictly off-limits. Only nothing makes Delpha McGill's skin crawl more than rules. So when she finds her family's secret book of hexes, she's itching to use it to banish her mama's money troubles. She just has to keep it quieter than a church mouse -- not exactly Delpha's specialty.Trouble is, Katybird Hearn is hankering to |

|  |  |  |  | get her hands on the spell book, too. The daughter of a rival witching family, Katy has reasons of her own for wanting to learn forbidden magic, and she's not going to let an age-old feud or Delpha's contrary ways stop her. But their quarrel accidentally unleashes a hex so heinous it resurrects a graveyard full of angry Hearn and McGill ancestors bent on total destruction. If Delpha and Katy want to reverse the spell in time to save everyone in the Hollow from rampaging zombies, they'll need to mend fences and work together. |
|---|---|---|---|---|
| Grade 6 | *The Best at It* | | Maulik Pancholy | Rahul Kapoor is heading into seventh grade in a small town in Indiana. The start of middle school is making him feel increasingly anxious, so his favorite person in the whole world, his grandfather, Bhai, gives him some well-meaning advice: Find one thing you're really good at and become the BEST at it.<br><br>Those four little words sear themselves into Rahul's brain. While he's not quite sure what that special thing is, he is convinced that once he finds it, bullies like Brent Mason will stop torturing him at school. And he won't be worried about staring too long at his classmate Justin Emery. With his best friend, Chelsea, by his side, Rahul is ready to crush this challenge…. But what if he discovers he isn't the best at anything? |

| | | | Funny, charming, and incredibly touching, this is a story about friendship, family, and the courage it takes to live your truth. |
|---|---|---|---|
| Grade 7 | *Ivy Aberdeen's Letter to the World* | Ashley Herring Blake | When a tornado rips through town, 12-year-old Ivy Aberdeen's house is destroyed, and her family of five is displaced. Ivy feels invisible and ignored in the aftermath of the storm - and what's worse, her notebook filled with secret drawings of girls holding hands has gone missing.<br><br>Mysteriously, Ivy's drawings begin to reappear in her locker with notes from someone telling her to open up about her identity. Ivy thinks - and hopes - that this someone might be her classmate, another girl for whom Ivy has begun to develop a crush. Will Ivy find the strength and courage to follow her true feelings?<br><br>*Ivy Aberdeen's Letter to the World* exquisitely enriches the rare category of female middle-grade characters who like girls - and children's literature at large. |
| Grade 7 | *Hurricane Child* | Kacen Callender | Caroline Murphy is a Hurricane Child.Being born during a hurricane is unlucky, and twelve-year-old Caroline has had her share of bad luck lately. She's hated and bullied by everyone in her small school on St. Thomas of the US Virgin Islands, a spirit only she can see won't stop following her, and -- worst of all -- Caroline's mother left home one day and |

| | | | never came back.But when a new student named Kalinda arrives, Caroline's luck begins to turn around. Kalinda, a solemn girl from Barbados with a special smile for everyone, becomes Caroline's first and only friend -- and the person for whom Caroline has begun to develop a crush.Now, Caroline must find the strength to confront her feelings for Kalinda, brave the spirit stalking her through the islands, and face the reason her mother abandoned her. Together, Caroline and Kalinda must set out in a hurricane to find Caroline's missing mother -- before Caroline loses her forever. |
|---|---|---|---|
| Grade 8 | *The Stonewall Riots: Coming Out in the Streets* | Gayle E. Pitman | This book is about the Stonewall Riots, a series of spontaneous, often violent demonstrations by members of the gay (LGBTQ+) community in reaction to a police raid that took place in the early morning hours of June 28, 1969, at the Stonewall Inn in the Greenwich Village neighborhood of Manhattan, New York City. The Riots are attributed as the spark that ignited the LGBTQ+ movement. The author describes American gay history leading up to the Riots, the Riots themselves, and the aftermath, and includes her interviews of people involved or witnesses, including a woman who was ten at the time. Profusely illustrated, the book includes contemporary photos, newspaper clippings, and other period objects. A timely and necessary read, *The Stonewall Riot*s helps readers to understand the history and legacy of the |

|  |  |  | LGBTQ+ movement. |
|---|---|---|---|
| Grade 8 | *Troublemaker for Justice: The Story of Bayard Rustin, the Man Behind the March on Washington* | Jacqueline Houtman, Walter Naegle, & Michael G. Long | Bayard Rustin was a major figure in the Civil Rights movement. He was arrested on a bus 13 years before Rosa Parks and he participated in integrated bus rides throughout the South 14 years before the Freedom Riders. He was a mentor to Dr. Martin Luther King, Jr., teaching him the techniques and philosophy of Gandhian nonviolent direct action. He organized the March on Washington in 1963, one of the most impactful mobilizations in American history.<br><br>Despite these contributions, few Americans recognize his name, and he is absent from most history books, in large part because he was gay. This biography traces Rustin's life, from his childhood and his first arrest in high school for sitting in the "whites only" section of a theater, through a lifetime of nonviolent activism.<br><br>"Authors Jacqueline Houtman, Walter Naegle, and Michael G. Long provide middle and high school students with a biography of Rustin that illustrates how the personal is political. Young readers will take away valuable lessons about identity, civics, and 20th-century history."—Rethinking Schools |

*Additional Texts for the high school level will be included in 2022-23.*