# Exhibit L

From: **Svitlana Roman** REDACTED
Date: Sat, Feb 25, 2023 at 8:39 AM
Subject: Re: [EXTERNAL] Re: Follow Up
To: Logan, Kisha REDACTED
CC: Campbell, Tamitha E REDACTED     Jeff Roman REDACTED     Swerdzewski, Laura M REDACTED

Good morning Dr. Logan,

Allow me to summarize our discussions and outcome of the conversation, which I will be taking to the BOE for further consideration:

1. These books are approved as supplemental materials.
2. These books are voluntary for teachers to be used and parents are able to out their children.
3. REDACTED  Elementary is insisting that all teachers use at least one of these books to support efforts in this fight for inclusivity.

I will now further address these questions with the PTA, the Board of Education, etc.

I don't understand how such simple questions as ours can not be addressed in a simple, straightforward and respectful manner.

Please feel free to let me know if you disagree with any of my summary points, otherwise, thank you for your time and I will be continuing to pursue this via other channels.

Thank you,

Svitlana Roman.


On Fri, Feb 24, 2023 at 10:48 AM Logan, Kisha REDACTED wrote:
> Dear Mr. Roman,
>
> I apologize for the delay in my response. Thank you for your patience. We have communicated that as with all curriculum resources, there is an expectation that teachers utilize the texts as part of our district-wide efforts to create more inclusive classrooms. These texts exist as options available to be used during Unit 6 of the elementary ELA curriculum.

As you've noted, these books are new to our elementary teachers, and we have asked school leaders to ensure they have the coaching and professional learning they need to incorporate the texts with care. As the principal, Ms. Swerdzewski can work with her staff to implement a school-wide plan to introduce these texts to students.

As far as documentation, I have previously shared with Mrs. Roman the MCPS messaging sent on January 12. If you would like to email/contact the Board of Education, more information can be found here: https://www2.montgomeryschoolsmd.org/boe/.

Thank you,

Kisha Logan, Ed.D.
Director
Department of Pre-K-12 Curriculum
& Districtwide Programs
Office of Curriculum & Instructional Programs (OCIP)
REDACTED

---

**From:** Jeff Roman REDACTED
**Sent:** Thursday, February 16, 2023 9:26 PM
**To:** Logan, Kisha REDACTED
**Cc:** Svitlana Roman REDACTED ; Campbell, Tamitha E REDACTED Swerdzewski, Laura M REDACTED

**Subject:** Re: [EXTERNAL] Re: Follow Up

Dr. Logan,

We have repeatedly asked that communication be provided to all teachers and parents that this newly introduced LGBTQ material is optional and not mandatory.

At this point, Ms. Swerdzewski appears to be contravening the guidance as stipulated by the MCPS Board. We keep getting convoluted responses about inclusive instruction and cultural relevance, but we're not getting a clear response to our straightforward request that REDACTED communicate to its staff and parents that these materials are optional.

My wife and I are asking one more time if Ms. Swerdzewski will communicate that this material is optional in the classroom to her teachers. If she will not, please provide supporting documentation that Ms. Swerdzewski has the authority to ignore the MCPS guidance as written.

If no documentation is provided, please offer contact information for MCPS Board members so that we may bring to their attention our simple request.

Thank you,

Jeffrey Roman


On Thu, Feb 16, 2023, 16:21 Logan, Kisha REDACTED wrote:
> Good evening, Mrs. Roman,

I apologize for the delay in my response. I have been in contact with Ms. Swerdzewski and we are in complete agreement that it is not optional for teachers to incorporate culturally relevant and inclusive instructional materials into instruction. As with all curriculum resources, there is an expectation that teachers utilize the texts as a part of instruction. It is important to note that the newly introduced LGBTQ inclusive texts are supplemental and therefore their use is determined by the classroom teacher. It is standard practice that teachers have a choice regarding which materials to use.

MCPS is committed to ensuring our curriculum is inclusive of all and represents the diversity of our community. The materials are part of what makes the curriculum inclusive. Support will be provided to assist teachers that are not yet comfortable with incorporating these texts as part of instruction.

We will provide additional clarity to principals who will then work with their staff members prior to the inclusion of the texts in instruction.

If you have further questions, please let me know and I can set up a time for a phone call.

Thank you,

Kisha Logan, Ed.D.
Director
Department of Pre-K-12 Curriculum
& Districtwide Programs
Office of Curriculum & Instructional Programs (OCIP)
(240) 740-3930

---

**From:** Svitlana Roman REDACTED
**Sent:** Wednesday, February 15, 2023 9:54 PM
**To:** Logan, Kisha REDACTED
**Cc:** Campbell, Tamitha E REDACTED ; Jeff Roman REDACTED Swerdzewski, Laura M REDACTED
**Subject:** Re: [EXTERNAL] Re: Follow Up

Good evening, Dr. Logan,

I am following up on my previous e-mail. Given that students at REDACTED Elementary are going over Unit 6, which is when these texts are set to be introduced, I believe it would be negligent and unethical to allow for this clear miscommunication to remain unaddressed in a timely manner.

Thank you for your attention to this matter.

Svitlana Roman.



On Fri, Feb 10, 2023 at 9:20 PM Svitlana Roman REDACTED wrote:
> Dr. Logan,
>
>
> That is not the response I received from Ms.Swerdzewski when we met in person the other day. REDACTED teacher I reached out to first, also was unaware that the use of these books is voluntary.

It makes me believe that the messaging of MCPS is confusing and inconsistent.

I would like to request that clarification be distributed to all the teachers clearly outlining that using these materials is voluntary. In addition, I would like to request that parents receive a form making it easy to opt out of these texts being presented to their children.

Please let me know when this clarification will go out to the teachers, staff, and parents at REDACTED Elementary.

Thank you,


Svitlana



On Fri, Feb 10, 2023 at 5:10 PM Logan, Kisha REDACTED wrote:
> Good afternoon, Mrs. Roman,
>
> Yes, teachers can choose to not use new, inclusive texts as they work with their teams and plan instruction. Here is the message MCPS shared with the community:
>
> As a reflection of our ongoing commitment to ensure our curriculum is inclusive and affirming of all students, MCPS has approved a selection of LGBTQ+-inclusive texts for use in the classroom. Reading stories that reflect the diversity of our school community and world encourages respect and empathy for all. As with all curriculum resources, there is an expectation that teachers utilize the texts as a part of instruction. **It is important to note that using the materials is optional as it is standard practice that teachers have a choice regarding which materials to use.**
>
> If you need further clarification, please let me know and I can schedule a time to give you a call next week.
>
> Thank you.
>
> Kisha Logan, Ed.D.
> Director
> Department of Pre-K-12 Curriculum
> & Districtwide Programs
> Office of Curriculum & Instructional Programs (OCIP)
> REDACTED
>
> ---
>
> **From:** Svitlana Roman REDACTED
> **Sent:** Wednesday, February 8, 2023 9:01 PM
> **To:** Logan, Kisha REDACTED
> **Cc:** Campbell, Tamitha E REDACTED Jeff Roman REDACTED Swerdzewski, Laura M <REDACTED>
> **Subject:** Re: [EXTERNAL] Re: Follow Up
>
> Dr. Logan,

With all the respect, I don't believe you answered my question:

Does that mean that teachers can chose to not use the LGBTQ+ approved texts?

Thank you,

On Wed, Feb 8, 2023 at 7:52 PM Logan, Kisha REDACTED > wrote:
> Good evening, Mrs. Roman,
>
> As is standard practice, teachers are provided with a variety of approved texts to choose from as they plan instruction and use their knowledge and expertise to identify the best selection for their students. This does mean teachers use their knowledge of their students and the curriculum to choose an approved text to support instruction.
>
> Thank you.
>
> Kisha Logan, Ed.D.
> Director
> Department of Pre-K-12 Curriculum
> & Districtwide Programs
> Office of Curriculum & Instructional Programs (OCIP)
> REDACTED
>
> ---
>
> **From:** Svitlana Roman REDACTED
> **Sent:** Monday, February 6, 2023 9:23 PM
> **To:** Logan, Kisha REDACTED
> **Cc:** Campbell, Tamitha E REDACTED  Jeff Roman REDACTED
> Swerdzewski, Laura M REDACTED
> **Subject:** Re: [EXTERNAL] Re: Follow Up
>
> Dr. Logan,
>
> Does that mean that teachers can chose to not use the LGBTQ+ approved texts, since it appears there are multiple other approved texts.
>
> I would ask you to be specific and support your response with documentation.
>
> Thank you for your attention to this matter.
>
> Svitlana Roman
>
>
> On Mon, Feb 6, 2023 at 7:48 PM Logan, Kisha <REDACTED > wrote:
>> Hello, Mrs. Roman,
>>
>> Thank you for your question. The Office of Curriculum and Instructional Programs provides teachers with instructional materials and resources to support instruction. As is standard practice, teachers are provided with a variety of approved texts to choose from as they plan instruction and use their knowledge and expertise to identify the best selection for their students.

5

Please let me know if you have further questions.

Thank you.

Kisha Logan, Ed.D.
Director
Department of Pre-K-12 Curriculum
& Districtwide Programs
Office of Curriculum & Instructional Programs (OCIP)
REDACTED

---

**From:** Svitlana Roman REDACTED
**Sent:** Sunday, February 5, 2023 7:34 PM
**To:** Swerdzewski, Laura M REDACTED
**Cc:** Campbell, Tamitha E REDACTED    Jeff Roman REDACTED    ; Logan, Kisha REDACTED
**Subject:** [EXTERNAL] Re: Follow Up

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Swerdzewski,

I would like to start by saying thank you for your time and attention.

Could you please acknowledge the letter (attached) and honor my written request to opt out REDACTED from such materials.

Further, I would like to direct my next question to Dr. Logan:

Please interpret the highlighted statement below:

As a reflection of our ongoing commitment to ensure our curriculum is inclusive and affirming of all students, MCPS has approved a selection of LGBTQ+-inclusive texts for use in the classroom. Reading stories that reflect the diversity of our school community and world encourages respect and empathy for all. As with all curriculum resources, there is an expectation that teachers utilize the texts as a part of instruction. **It is important to note that using the materials is optional as it is standard practice that teachers have a choice regarding which materials to use.**

Please provide any documentation to support your interpretation.

Thank you and I look forward to the on-going discussion.

Svitlana Roman.


BFE - Letter.pdf

On Wed, Feb 1, 2023 at 4:55 PM Swerdzewski, Laura M REDACTED wrote:

Good Afternoon Mr. and Mrs. Roman,

Following our meeting on Monday, I reached out to Dr. Kisha Logan, Director Department of Pre-K-12 Curriculum & Districtwide Programs, as well as Dr. Tamitha Campbell, Director, School Support and Well-being (I have cc'd them on this email). In terms of your question regarding the materials being optional for teachers to use and for me to send a letter stating it, what I had shared at our meeting is correct that the inclusion of these books is not optional for schools and therefore, as a principal I cannot direct teachers not to use them. As these texts are newly added supplemental texts, teachers have choice/option with when they are used during the unit of study. The teachers are REDACTED REDACTED Elementary School will be using them during Unit 6 of the Benchmark Advance Curriculum. As I had shared with you it is your right to ask that REDACTED not be present when this book is read to the class and if any other parents reach out I will meet with them to have the same discussion we engaged in and they can make a decision for their family. Teachers will be including the day that the book will be read to the class in their newsletter, which will help you plan accordingly.

I know that a lot of our conversation and your concerns reach beyond REDACTED Elementary School and I am hoping if you need more information Dr. Logan can help or direct you further.

Best Regards,

*Laura Swerdzewski*
Principal
REDACTED