# Exhibit M

**From:** Enas Barakat REDACTED
**Date:** March 20, 2023 at 1:03:54 PM EDT
**To:** "Johnson, Matthew W" REDACTED
**Cc:** Tamer Mahmoud REDACTED , "Levin, Amanda M" REDACTED "Levin, Valerie M" REDACTED
**Subject: Re: [EXTERNAL] Re: LGBQT Reading**

Thank you for the accommodation.

Best Regards,
Ena Barakat


On Mar 20, 2023, at 12:50 PM, Johnson, Matthew W REDACTED wrote:


No problem and Ms. Levin will have the student sit outside the classroom during the activity.

---

**From:** Tamer Mahmoud REDACTED
**Sent:** Monday, March 20, 2023 12:16 PM
**To:** Johnson, Matthew W REDACTED
**Cc:** Enas Barakat REDACTED
**Subject:** [EXTERNAL] Re: LGBQT Reading

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mr. Johnson,

Over the weekend, my wife and I read the book *Prince* and *Knight.* Our decision to opt out REDACTED is still the same. Please confirm that REDACTED will leave the classroom and work on an alternative activity when the book is being read.

Best regards,

Tamer Mahmoud


On Mar 17, 2023, at 9:40 AM, Johnson, Matthew W REDACTED wrote:

Good morning,

Thanks for reaching out regarding your concerns over the book *Prince and Knight* which the grade 2 team has selected to read. The book is very much about understanding that there are many differences between people and being accepting is the goal.

I have put the book in the main office if you would like to take a look at it to see if it is something you could support having your child read.

MCPS is not supporting parents opting out of the LGBQT readings and teachers are not required to provide alternative assignments.

I encourage you to look over the selected book before making a final decision.

Matt Johnson
Acting Principal
REDACTED