

# LGBTQ+ Inclusive Picture Books



# WHO IS HERE TONIGHT?

- PEP
- KINDERGARTEN
- GRADE 1
- GRADE 2
- GRADE 3
- GRADE 4
- GRADE 5
- DISCRETE



# INTRO SLIDE - MCPS STAFF INTRO

Margaret B. Gaudino
Coordinator, Evaluation and Selection of Instructional
Materials and Library Books
School Library Media Programs

Eugenia (Jeanie) Dawson, Ed.D.
Director, School Support and Well-Being

Kisha Logan, Ed.D.
Director
Department of PreK-12 Curriculum & Districtwide
Programs
Office of Curriculum & Instructional Programs (OCIP)

## GROUND RULES

1. Engage in civil discourse
2. Assume good intentions
3. Accept non-closure

## PROCESS

- Whole Group Presentation
- Index Cards for questions
- Q&A from cards

# QUESTIONS FROM THE RSVP FORM

# Questions I have about books:

- Are these required reading, will they be read in story time?
- How do you take into account the religious and personal beliefs of Sherwood families who do not believe this is appropriate content for 5-11 year olds?  Please address how a Halloween parade was cancelled because of religious or personal beliefs of 25-30 students and how do you compare these topics to that?
- How is this appropriate?

# <u>Questions I have about books:</u>

- Is there a way to make sure my child doesn't check out these books. We believe these are topics for parents to address at home--not in school. Curious how "front and center" these are in the library.
- Will there be permanent display or are these books filed on shelf?
- Will they be part of their daily reading in class? Will there be discussions or education about LGBTQ un class?
- Is there an opt out option?
- None
- None. Excited to see them!

# Questions I have about books: (cont)

- What are the themes of the books that make them appropriate for the school curriculum? Folktales?
- What do these books have to do with education? How are you going to answer questions that comes up? If a kid says they feel like a girl and they have been born a boy, what's your response and next steps?
- When will the be introduced? When is the curriculum that has the books as a resource slated to be started?
- While I respect others opinions and choices, this may not be appropriate topics for elementary school kids. Why are these being added to the library?

## <u>Something I would like added to the agenda for discussion:</u>

- How can parents have access to the new curriculum resources?
- How can parents regulate what the children are exposed to?
- This is not a one size fits all topic. Some students will not be ready in ELEMENTARY school to have these important conversations and that is appropriate. Likewise, some religions have not supported these topics as well. Maybe an easier start to these conversations would be from the counselor, as needed.

## <u>Something I would like added to the agenda for discussion:</u>

- What are the perimeters in place for those of us who don't want our kids exposed to this in school?
- We would like to know what Montgomery County's Elementary schools Reading and Math scores compared to other counties in the state and the rest of the country.
- Nothing
- rainbow books
- Thankful for the ability to be a part of the dialogue.

## Something I would like added to the agenda for discussion:

- What are teachers going to be asked to present to the classroom students? What is being taken away from the curriculum to add this? What data/research is there to suggest that this should be discussed in a school setting versus a home setting? What research/data is there to suggests that elementary school aged children are all capable of understanding different ideas in human sexuality? What data/research suggests elementary age students should be taught about human sexuality in school? If parents need to give signed consent for their 5th graders to learn about their own bodies will parents/caregivers be asked to consent to their children being taught about different sexualities? Is the new curriculum already approved or is there room for more discussion with MCPS before it is rolled out in the classroom?

# Some Research (click <u>HERE</u>)

Let's Talk
## GENDER STEREOTYPE DEVELOPMENT
In Early Childhood

Part 1:
A Timeline

@mrwillis_prek

Let's Talk
## GENDER STEREOTYPE DEVELOPMENT
In Early Childhood

Part 2:
The Theories-
Gender Socialization Theory

@mrwillis_prek



Let's Talk
## GENDER STEREOTYPE DEVELOPMENT
In Early Childhood

Part 2:
The Theories-
Cognitive Perspectives Theory

@mrwillis_prek

# MCPS's Commitments To This Work

## From Board Policy ACA: Nondiscrimination, Equity, and Cultural Proficiency:

Instructional materials used in MCPS schools will reflect the diversity of the global community, the aspirations, issues, and achievements of women, persons with disabilities, persons from diverse racial, ethnic, and cultural backgrounds, as well as persons of diverse gender identity, gender expression, or sexual orientation.

## From the Gender Identity Guidelines:

- ◆ Reduce stigmatization and marginalization of transgender and gender nonconforming students.
- ◆ Foster social integration and cultural inclusiveness of transgender and gender nonconforming students.

# WHO IS CURRENTLY REPRESENTED IN OUR MATERIALS?



WHO IS REPRESENTED IN KIDLIT? (2021)

based upon the main character (s)

*data provided by Cooperative Children's Book Center (CCBC)

White — 33%

Animal/vehicle/non-human — 29%

Black — 10%

Arab — .4%

Indigenous — 2%

Latino/a/x/e — 5%



Asian — 8%

Disabled — 4%

LGBTQ+ — 4%

Pacific Islander — .1%

graphic created by @readingwithredandthemagpie



**GROUNDING QUOTE**

I really need people to stop saying kids shouldn't learn about "gender and sexuality" when they really just mean certain genders and certain sexualities.

@mr_lyon_4th

We teach--implicitly and explicitly--about gender and sexuality identity all the time in school. We teach the gender binary--you're either a boy or a girl and we teach that people are heterosexual.

For example, it is more likely than not that staff who have pictures of families up are teaching this. The texts we read, language we use, and images we have up are likely reinforcing this as well.

# Anchoring in Our Why

When books are removed or flagged as inappropriate, it sends the message that the people in them are somehow inappropriate. It is a dehumanizing form of erasure. Every reader deserves to see themselves and their families positively represented in the books in their schools. These books are important for all children. ***Reading stories that reflect the diversity of our world builds empathy and respect for everyone's humanity.*** At a time when our country is experiencing an alarming rise in hate crimes, we should be searching for ways to increase empathy and compassion at every turn.

~Kid Lit Authors Send Letter to Congress to Speak Out Against Book Banning

# IMPACT OF THIS WORK

**Compared to students in schools without an LGBTQ+ inclusive curriculum, LGBTQ+ students in schools with an LGBTQ+ inclusive curriculum:**

- Were less likely to hear homophobic remarks
- Were less likely to hear negative remarks about gender expression often or frequently
- Were less likely to hear negative remarks about transgender people often or frequently
- Felt greater belonging to their school community, performed better academically in school and were more likely to plan on pursuing postsecondary education
- Were more likely to report that their classmates were somewhat or very accepting of LGBTQ+ people

# Windows, Mirrors & Sliding Glass Doors:
# Reflections on the Seminal Metaphor

# Everyone Needs These Books

When we mostly provide mirrors for students whose identities align with dominant culture, we contribute to them internalizing a sense of dominance, superiority and entitlement.

Paraphrased from <u>Anti-Bias Education Education For Young Children and Ourselves</u>



# Exploring the Texts

# Communicating with our Community

This work is part of MCPSs commitment to equity. As part of that commitment to equity, we are working towards cultivating inclusive environments for all of our students and their families. Part of how we do this is through diversifying representation in the curriculum; expanding our representation shows our LGBTQ+ community members that this is a place where they are welcome and included. All students deserve to see themselves in their school and classroom, including students who identify as LGBTQ+ and come from LGBTQ+ headed families and have family members that are a part of the LGBTQ+ community. ***There are no planned explicit lessons related to gender and sexuality***, but these books do mean that LGBTQ+ identities will be made visible. Inclusive curricula support a student's ability to empathize, connect, and collaborate with a diverse group of peers, and encourage respect for all. No child, or adult, who does not agree with or understand another student's gender identity or expression or their sexuality identity is asked to change how they feel about it.

# Grade Level Specific Books

click on the image to access the guide



**PRE-K** PRIDE PUPPY! ROBIN STEVENSON JULIE McLAUGHLIN

**K** UNCLE BOBBY'S WEDDING

**1ST** INTERSECTION ALLIES we make room for all By Chelsea Johnson, LaToya Council, and Carolyn Choi Illustrations by Ashley Seil Smith Foreword by Dr. Kimberlé Crenshaw

**2ND** My Rainbow by Trinity and DeShanna Neal illustrated by Art Twink

**3RD** Prince & Knight Daniel Haack

**4TH** Love, Violet Words by Charlotte Sullivan Wild Pictures by Charlene Chua

**5TH** BORN READY THE TRUE STORY OF A BOY NAMED PENELOPE Written by JODIE PATTERSON Illustrated by Charnelle Pinkney Barlow

Paired Texts For Use With Unit 4 and/or Unit 6

# LGBTQ+ Picture Books

## Read Aloud Texts and Their Curricular Connections

| Grade Level | Text / Link | ELA Reading Anchor Standards Alignment |
|---|---|---|
| PK | PRIDE PUPPY! ROBIN STEVENSON · JULIE McLAUGHLIN | • I will be able to answer questions about characters.<br>• I will be able to share what I know about why authors tell stories. |
| K | UNCLE BOBBY'S WEDDING | • I will be able to describe story characters.<br>• I will retell key events about characters in a story. |
| 1 | INTERSECTION ALLIES | • I will be able to answer questions about characters.<br>• I will use text evidence to answer questions about story characters.<br>• I will draw inferences about story characters based on their actions. |

# Evaluation and Selection

As part of MCPS' mission to equity, "instructional materials and library books are chosen to reflect the diversity of our global community, the aspirations, issues and achievements of women, persons with disabilities, persons from diverse, racial, ethnic, and cultural backgrounds, as well as persons of diverse gender identity, gender expression, or sexual orientation."

# MCPS Regulation <u>IIB-RA</u> Evaluation and Selection of Instructional Materials and Library Books drives the evaluation work.

- Instructional materials shall be **directly aligned to the MCPS curriculum** and r**elevant to and reflective of the multicultural society** and **global community.**
- As appropriate, the materials **shall offer opportunities to better understand** and appreciate the issues, aspirations, and achievements of women and persons from diverse racial, ethnic, and cultural backgrounds
- As appropriate, the materials shall provide students with the opportunity to investigate, analyze, and evaluate social issues.

# LIBRARY BOOKS

Your library media specialist ensures that the the school library serves everyone – that students can find a range of materials to meeting their information needs and reading interests. Although, not every book will be for every child:

- All books are shelved in their respective Dewey category (Everybody, Fiction, Nonfiction)
- Inclusive books may be part of a natural display in the library — For example: *Love, Violet* might be placed in a "Friendship" display.
- Work with your own child to select books:
  - Look in [Destiny Library Catalog](#) – discuss what books you deem appropriate
- If you do not like a library book return it so your child can select a new one (even if it is not your child's library day).

# IMPACT OF THIS WORK

Compared to students in schools without an LGBTQ+ inclusive curriculum, LGBTQ+ students in schools with an LGBTQ+ inclusive curriculum:

- Were less likely to hear homophobic remarks
- Were less likely to hear negative remarks about gender expression often or frequently
- Were less likely to hear negative remarks about transgender people often or frequently
- Felt greater belonging to their school community, performed better academically in school and were more likely to plan on pursuing postsecondary education
- Were more likely to report that their classmates were somewhat or very accepting of LGBTQ+ people

# QUESTIONS FROM YOUR CARDS