IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Tamer Mahmoud, et al.,             *
    **Plaintiff,**
                                     *

    **v.**                                                             Case No. 23-cv-01380
                                     *

Monifa B. McKnight, et al.,
    **Defendant.**                           *

**MOTION FOR ADMISSION PRO HAC VICE**

I, James C. Mehigan, am a member in good standing of the bar of this Court. I am moving the admission of William J. Haun to appear pro hac vice in this case as counsel for Tamer Mahmoud, et al.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| See attached | See attached |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*James C. Mehigan*
Signature

James C. Mehigan (Bar #: 16239)
Printed name and bar number

MEHIGAN LAW GROUP PLLC
Office name

11921 Freedom Drive, Suite 550, Reston, VA 20190
Address

(703) 774-7281
Telephone number

_____
Fax Number

jmehigan@mehiganlawgroup.com
Email Address

PROPOSED ADMITTEE

*William J. Haun*
Signature

William J. Haun
Printed name

The Becket Fund for Religious Liberty
Office name

1919 Pennsylvania Ave. N.W., Suite 400, Washington, DC 20006
Address

(202) 955-0095
Telephone number

_____
Fax Number

whaun@becketlaw.org
Email Address

**State Bar Admissions**

| State Bar | Year Admitted | Current Standing | Bar Number |
|---|---|---|---|
| Connecticut Bar | 11/5/2012 | Retired status | 434017 |
| DC Bar | 10/4/2002 | Active | 479221 |

**Federal Bar Admissions**

| Court | Year Admitted | Current Standing | Bar Number |
|---|---|---|---|
| U.S. Supreme Court | 05/16/2016 | Active | 298213 |
| Second Circuit | 10/22/2018 | Active | No bar number |
| Third Circuit | 08/23/2018 | Active | No bar number |
| Fourth Circuit | 04/05/2019 | Active | No bar number |
| Fifth Circuit | 09/15/2017 | Active | No bar number |
| Sixth Circuit | 09/19/2019 | Active | No bar number |
| Ninth Circuit | 04/04/2018 | Active | No bar number |
| Eleventh Circuit | 07/11/2022 | Active | No bar number |
| DC Circuit | 04/18/2017 | Active | 60315 |
| DDC | 08/07/2018 | Active | 1024405 |
| Western District of Michigan | 12/09/2019 | Active | No bar number |
| Northern District of New York | 10/26/2020 | Active | 702242 |