IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMER MAHMOUD, *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>MONIFA B. MCKNIGHT, *in her official capacity as Superintendent of the Montgomery Board of Education, et al.*,<br><br>  *Defendants*. | Case No. 8:23-cv-01380-DLB<br><br>**Hearing Requested** |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 105.2, Plaintiffs Tamer Mahmoud and Enas Barakat, Jeff and Svitlana Roman, and Chris and Melissa Persak (in their individual capacities and ex rel. their children) (collectively, the "Parents") move for a preliminary injunction against all Defendants and request a hearing on the same. By way of injunction, the Parents seek to enjoin Defendants from denying the Parents notice and opportunity to opt their children out of reading, listening to, or discussing the Pride Storybooks identified in the Parents' complaint. The Parents further seek to enjoin Defendants from denying them advance notice and opportunity to opt their children out of any other instruction related to family life or human sexuality that violates the Parents' or their children's religious beliefs.

Because opt-outs are already required by Maryland law and Defendants' own Guidelines for Respecting Religious Diversity, the motion for injunction seeks to maintain the status quo as of March 22, 2023, when Defendants last guaranteed parental opt-out rights with respect to the storybooks at issue.

1

Further grounds for this Motion are set forth in the Parents' accompanying Memorandum in Support of Motion for Preliminary Injunction.

Dated: June 12, 2023                         Respectfully submitted,

/s/ William J. Haun
Eric S. Baxter (readmission pending)
William J. Haun (pro hac vice)
Michael J. O'Brien* (pro hac vice)
Brandon L. Winchel* (pro hac vice)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave, N.W., Suite 400
Washington, DC 20006
(202) 955-0095
whaun@becketlaw.org

James C. Mehigan, (Bar # 16239)
MEHIGAN LAW GROUP PLLC
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
(703) 774-7281
jmehigan@mehiganlawgroup.com

*Not a member of the D.C. Bar; admitted in Louisiana and California respectively. Practice limited to cases in federal court.

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, a copy of the *Motion for Preliminary Injunction*, *Memorandum in Support of Motion for Preliminary Injunction* with supporting declarations, and *Proposed Order*, which were electronically filed in this matter on June 12, 2023, were emailed and mailed via First-Class Mail, postage prepaid, to the following in accordance with Fed. R. Civ. P. 5:

Alan Schoenfeld
Wilmer Hale
250 Greenwich Street
New York, NY 10007
Alan.schoenfeld@wilmerhale.com
*Attorney for Defendants*

Dated: June 12, 2023                     /s/ William J. Haun
                                         William J. Haun