IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMER MAHMOUD, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>MONIFA B. MCKNIGHT, in her official capacity as Superintendent of the Montgomery Board of Education, et al.<br><br>*Defendants*. | Case No. 8:23-CV-01380-TJS<br><br>**DECLARATION OF TAMER MAHMOUD and ENAS BARAKAT IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

We, Tamer Mahmoud and Enas Barakat, declare and state as follows:

1. Our names are Tamer Mahmoud and Enas Barakat. We are over the age of 18 and are capable of making this declaration pursuant to 28 U.S.C. § 1746. We have personal knowledge of all of the contents of this declaration.

2. We are a married couple and reside in Montgomery County, Maryland. We have three children enrolled in MCPS, including —a son and daughter in tenth grade and a son in second grade.

3. We are devout Muslims and believe that all humans are God's creations with God-given dignity that must be respected, regardless of the person's faith, race, ethnic origin, sex, gender identity, sexual orientation, or social status. These are truths reinforced in the Qu'ran. *Surah al-Israa* 17:70.

4. As Muslims, we believe we have a sacred duty to teach our children our faith, including religiously grounded sexual ethics. We respect the rights of other parents to make their own decisions about sexuality, gender identity, and how to introduce these topics to their children.

1

5. We believe that mankind has been divinely created as male and female, *Surah al-Hujurat* 49:13, and that all people are connected through a common ancestor: the first male and the first female, *Surah an-Nisaa* 4:1.

6. Based on this teaching, we believe that sex and sexuality are sacred gifts from God to be expressed through the forming of a spiritual, marital bond between spouses—one male and one female—for the shared promise of security, tranquility, compassion, contentment, and joy. *Surah al-A'raf* 7:189; *Surah ar-Rum* 30:21.

7. We believe that this sacred bond between husbands and wives entails sexually distinct but mutual duties and affections: "They are clothing for you and you are clothing for them." *Surah al-Baqarah* 2:187.

8. We believe that marriage, sex, and sexuality are meant for creating children and teaching them virtue—not only to build a loving family but also to serve as an example of righteousness for society at large. *Surah al-Furqan* 25:74.

9. Inherent in these teachings, we believe that "gender" cannot be unwoven from biological "sex"—to the extent the two are even distinct—without rejecting the dignity and direction God bestowed on humanity from the start.

10. The Qu'ran teaches that we are to respect God's wisdom in creation. Thus, as a general rule, Islam strictly prohibits medical procedures that attempt to alter the sex of a healthy person, regardless of whether such procedures are termed gender "affirming" or "confirming." For individuals born with biological ambiguities, such as disorders of sexual development, Islam permits them to seek medical care for corrective reasons. *Surah An-Nisa* 119.

11. Similarly, the Prophet Muhammad (peace be upon him) explicitly condemned imitating the appearance of the opposite gender.

12. It is our belief that humans attain their fullest God-given potential by embracing their biological sex.

13. Islam distinguishes between feelings, actions, and identity. God holds individuals accountable for their words and actions, not for their involuntary thoughts and feelings. We believe that all individuals have the potential to be forgive by God for the mistakes they make.

14. We have a sacred obligation to teach these principles to our children. *Surah At-Tahrim* 66:6; *Sahih al-Bukhari* 7138; *Al-Adab Al-Mufrad* 212. This includes encouraging them to accept Islamic teachings on the differences between males and females, to embrace one's biological sex, and to practice self-restraint by expressing sexual desires in ways consistent with the Islamic faith.

15. We believe that practicing self-restraint in devotion to God is considered heroic. Its spiritual reward increases proportionally with the level of struggle involved. Our ultimate purpose is to prioritize devotion to God over our desires and not sacrifice our faith.

16. We believe there are detrimental spiritual consequences from letting authoritative figures such as schoolteachers teach our children principles concerning sexual and gender ethics that contravene well-established Islamic teachings.

17. Islam specifically prohibits prying into others' private lives and discourages public disclosure of sexual behavior. *Quran, al-Ḥujurat: 12* and *al-Noor: 19*. It would violate our religious beliefs and the religious beliefs of our children if they were asked to discuss romantic relationships or sexuality with schoolteachers or classmates.

18. Intentionally exposing our young, impressionable, elementary-aged son to activities and curriculum on sex, sexuality, and gender that undermine Islamic teaching on these subjects would be immoral and would conflict with our religious duty to raise our children in accordance with our faith. *Surah Al-An'am* 6:68-69.

19. The storybooks at issue in this lawsuit and others like them directly undermine our efforts to raise our elementary-aged child in accordance with our faith, because they encourage young children to question their sexuality and gender, to identify with

3

labels that categorize them by their sexuality, to focus prematurely on romantic relationships, to disregard differences between men and women, to accept gender transitioning, and to dismiss parental and religious guidance on these issues.

20. In short, forcing our son to participate in reading these books and engaging in related discussions would confuse his religious upbringing.

21. A summary of our Islamic beliefs on these issues was recently drafted by Muslim scholars and preachers representing a diverse range of theological schools. A copy of this statement, entitled *Navigating Differences – Clarifying Sexual & Gender Ethics in Islam*, is attached as Exhibit 1.

22. This document accurately captures our religious beliefs. As stated in the document, we believe that the principles it espouses are immutable and not open to revision by any person or entity, including the highest religious authorities. *Quran, al-Anʿām: 115* ("And the word of your Lord has been fulfilled in truth and justice. None can alter His words, and He is the All-Hearing, the All-Knowing").

23. In keeping with these religious beliefs, we asked the acting principal of our son's elementary school for the option to opt him out of the class reading of *Prince and Knight* and to assign him an alternative activity.

24. The acting principal offered us an opportunity to read the book for ourselves.

25. The acting principal then followed up by stating that MCPS is not supporting parents opting out of the Pride Storybooks and that teachers are not required to provide alternative assignments.

26. We responded that our decision to opt out had not changed after reading the book, and we again asked for our son to receive an alternate assignment.

27. The acting principal finally responded (on March 20) that he would allow our son to sit outside the classroom while the book was discussed.

28. On March 23, the School Board announced that the storybooks at issue in this lawsuit would be mandatory for students going forward and that parents would no longer receive advance notice or opportunity to opt their children out.

29. As members of a religious minority that frequently experiences bigotry and exclusion, we reject the notion that moral disagreement amounts to intolerance, bigotry, or incitement of violence. We affirm our right to express our beliefs and direct the upbringing of our children on such sensitive and religiously significant issues while simultaneously recognizing our civic and religious obligations to exist peacefully with those whose beliefs differ from ours.

We each declare under penalty of perjury that the foregoing is true and correct.

Executed on this __11th__ day of June, 2023.

_____
Tamer Mahmoud

_____
Enas Barakat