IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMER MAHMOUD, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>MONIFA B. MCKNIGHT, in her official capacity as Superintendent of the Montgomery Board of Education, et al.<br><br>*Defendants*. | Case No. 8:23-CV-01380-TJS<br><br>**DECLARATION OF JEFF ROMAN and SVITLANA ROMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

We, Jeff Roman and Svitlana Roman, declare and state as follows:

1. Our names are Jeff Roman and Svitlana Roman. We are over the age of 18 and are capable of making this declaration pursuant to 28 U.S.C. § 1746. We have personal knowledge of all of the contents of this declaration.

2. We reside in Montgomery County, Maryland, and have one son enrolled in MCPS in second grade.

3. We adhere to and follow the Roman Catholic (Jeff) and Ukrainian Orthodox (Svitlana) faiths. My (Svitlana's) beliefs align with the teachings of the Roman Catholic Church on marriage, family, sex, sexuality, and gender.

4. Our Christian faith teaches that all humans are children of God who are created in God's image and likeness and therefore have inherent dignity. Genesis 1:26-27; Catechism of the Catholic Church, § 1700 ("The dignity of the human person is rooted in his creation in the image and likeness of God.").

5. We believe that God commands us to treat others as bearers of this intrinsic nature. 1 Corinthians 3:16. We firmly reject that any student should be bullied or harassed for any reason, and we teach our son to treat all others with kindness and respect. 1 John 4:7-12, 16; Matthew 22:37-39.

1

6. Based on this teaching, we believe that all humans are created as male or female—each equal in dignity—and that a person's biological sex is not arbitrary, but rather a gift bestowed by God that entails differences in men's and women's bodies and how they relate to each other and to the world. *See* Genesis 5:2; Catechism of the Catholic Church, § 2393 ("By creating the human being man and woman, God gives personal dignity equally to the one and the other. Each of them, man and woman, should acknowledge and accept his sexual identity.").

7. We believe that because human beings are a unity of body and soul, our human bodies and sexuality, male and female, are an integral part of God's design and essential to being made in God's image and likeness. *See* 1 Thessalonians 5:23; Catechism of the Catholic Church, §§ 362-68. The human body, therefore, has great dignity, and human sexuality is a gift. *See id.*, §§ 369-73. "Learning to accept our body, to care for it and to respect its fullest meaning, is an essential element of any genuine human ecology." *Laudato si'*, 155.

8. Accordingly, we believe that the gift of human sexuality is precious with its power to create life and love and that it calls for an authentic and healthy integration in the person—the virtue of chastity. *See* Catechism of the Catholic Church, § 2337 ("Chastity means the successful integration of sexuality within the person and thus the inner unity of man in his bodily and spiritual being."). We believe that chastity is necessary to the right living of one's sexuality and requires habits of "self-mastery" to govern and channel one's sexual emotions rather than being "dominated by them." *Id.*, § 2339.

9. For this reason, we believe intimate sexuality is properly expressed only in marriage between a man and a woman for creating life and strengthening the marital union. *Id.*, § 2360-63; Genesis 2:24; Mark 10:6-9.

10. Based on these teachings, we believe that a person's biological sex is both unchanging and integral to that person's being, and that gender and biological sex

are intertwined and inseparable. *Amoris Laetitia*, 56 ("[B]iological sex and the socio-cultural role of sex (gender) can be distinguished but not separated."). And we believe that encouraging children to unwind them will teach them that their bodies are "an object, a mere tool at the disposal of the soul, one that each person may dispose of according to his or her own will," rather than a "constitutive part of the human subject, a gift to be received, respected, and cared for as something intrinsic to the person." Committee on Doctrine United States Conference of Catholic Bishops, *Doctrinal Note on the Moral Limits to Technological Manipulation of the Human Body* 4 (2023), https://perma.cc/T6Y6-NXAB. Thus, we believe that, "[b]eyond the understandable difficulties which individuals may experience, the young need to be helped to accept their own body as it was created, for thinking that we enjoy absolute power over our own bodies turns, often subtly, into thinking that we enjoy absolute power over creation." *Amoris Laetitia*, 285.

11. For the same reasons, we believe that humans attain their fullest God-given potential by embracing their biological sex. Catechism of the Catholic Church, § 2333 ("Everyone, man and woman, should acknowledge and accept his sexual identity. Physical, moral, and spiritual difference and complementarity are oriented toward the goods of marriage and the flourishing of family life."); *Laudato si'*, 155 ("The acceptance of our bodies as God's gift is vital for welcoming and accepting the entire world as a gift from the Father and our common home, whereas thinking that we enjoy absolute power over our own bodies turns, often subtly, into thinking that we enjoy absolute power over creation. Learning to accept our body, to care for it and to respect its fullest meaning, is an essential element of any genuine human ecology.").

12. We have a sacred obligation to teach these principles to our son and to encourage him at appropriate times to embrace these principles and our religious way of life. *See* Catechism of the Catholic Church, §§ 2221-26. In particular, we have a duty to provide our son an "education in the virtues," which "requires an

3

apprenticeship in self-denial, sound judgment, and self-mastery—the preconditions of all true freedom." *Id.*, § 2223. This, in turn, imposes a corresponding duty to "teach [our] children to avoid the compromising and degrading influences which threaten human societies." *Id.*, § 2224.

13. We believe that young children should enjoy a time of innocence, when it is not necessary for them to have detailed understanding of issues surrounding human sexuality, especially where that information is "dissociated from moral principles." *Familiaris Consortio*, 37; *see also* Proverbs 22:6; Colossians 3:21; Pontifical Council for the Family, *The Truth and Meaning of Human Sexuality: Guidelines for Education within the Family*, 78 (teaching that the "period of tranquility and serenity" during "'the years of innocence' from about five years of age until puberty … must never be disturbed by unnecessary information about sex"); *id.*, 83 ("In some societies today, there are planned and determined attempts to impose premature sex information on children. But, at this stage of development, children are still not capable of fully understanding the value of the affective dimension of sexuality.").

14. For these reasons, we believe that much of what is taught via the Pride Storybooks is false religiously and scientifically. We disagree that a child's sex can be separated from his or her biology and that "gender" is a separate form of identity that is "manipula[ble] at will." *Laudato si'*, 155 ("[V]aluing one's own body in its femininity or masculinity is necessary if I am going to be able to recognize myself in an encounter with someone who is different. In this way we can joyfully accept the specific gifts of another man or woman, the work of God the Creator, and find mutual enrichment. It is not a healthy attitude which would seek to cancel out sexual difference because it no longer knows how to confront it."). And we disagree that elementary schools should encourage young children to focus prematurely on romantic emotions and relationships. *See* Pontifical Council for the Family, *The Truth and Meaning of Human Sexuality: Guidelines for Education within the Family*, 78, 83.

4

15. We are guided by Pope Francis's admonition: "Today children – children! – are taught in school that everyone can choose his or her sex." Address to the Polish Bishops during the Apostolic Journey to Poland (July 27, 2016). Our Christian faith rejects the "ideology of gender" that "denies the difference and reciprocity in nature of a man and a woman" and "leads to educational programs and legislative enactments that promote a personal identity and emotional intimacy radically separated from the biological difference between male and female." *Amoris Laetitia*, 56. Rather, we believe that "[s]ex education should help young people to accept their own bodies and to avoid the pretension to cancel out sexual difference because one no longer knows how to deal with it." *Id.*, 285.

16. In keeping with these religious beliefs, we corresponded with our son's elementary school principal, seeking both an opt-out for our son and guarantees that parents would continue to receive notice about the Pride Storybooks and that teaching them would be optional for teachers.

17. On February 1, 2023, the principal responded "it is your right to ask that [your son] not be present when this book is read to the class and if any other parents reach out I will meet with them to have the same discussion we engaged in and they can make a decision for their family."

18. Nevertheless, on March 23, the School Board announced that the Pride Storybooks were being read to students and that parents would no longer receive advance notice or opportunity to opt their children out. *Id.*

19. Issues of sexuality and gender identity are complex and sensitive. Our son is not old enough to be thinking about many of the issues presented in the books MCPS is requiring him to read and would find them confusing.

20. Our son loves his teachers and implicitly trusts them. Having them teach principles about sexuality or gender identity that conflict with our religious beliefs significantly interferes with our ability to form his religious faith and religious

outlook on life and is spiritually and emotionally harmful to his well-being. *See* Pontifical Council for the Family, *The Truth and Meaning of Human Sexuality: Guidelines for Education within the Family*, 83 ("Parents should politely but firmly exclude any attempts to violate children's innocence" by "impos[ing] premature sex information" "because such attempts compromise the spiritual, moral and emotional development of growing persons who have a right to their innocence.").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___10th___ day of June, 2023.

_____
Jeff Roman

_____
Svitlana Roman