IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMER MAHMOUD, et al.<br><br>    *Plaintiffs*,<br><br>  v.<br><br>MONIFA B. MCKNIGHT, in her official capacity as Superintendent of the Montgomery Board of Education, et al.<br><br>    *Defendants*. | Case No. 8:23-CV-01380-TJS<br><br>**DECLARATION OF CHRIS PERSAK and MELISSA PERSAK IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

We, Chris Persak and Melissa Persak, declare and state as follows:

1. Our names are Chris Persak and Melissa Persak. We are over the age of 18 and are capable of making this declaration pursuant to 28 U.S.C. § 1746. We have personal knowledge of all of the contents of this declaration.

2. We reside in Montgomery County, Maryland. We have two daughters in elementary school at MCPS.

3. We are Catholics by faith and believe that questions about sex and sexuality should be informed by the teachings of the Catholic Church. Our understanding of what is best for our children is also informed by our faith.

4. To that end, we believe matters regarding family life and human sexuality should be taught in way that is consistent with Catholic teaching.

5. In accordance with Catholic teaching on human sexuality, we believe that all humans are created as male or female, and that a person's biological sex is a gift bestowed by God that is both unchanging and integral to that person's being. *See* Genesis 5:2.

6. We believe that following God's commandments for marriage and family is not only necessary for raising the next generation of children, *see* Genesis 1:28, but also leads to human flourishing and happiness. *See* John 8:51, 14:21, 15:10.

7. As parents, we have a God-given responsibility to raise our children in accordance with the tenets of our faith. *See* Proverbs 22:6; Deuteronomy 6:6-7. Those tenets include the Catholic Church's teachings on the immutable sexual differences between males and females, the biblical way to properly express romantic and sexual desires, and the role of parents to love one another unconditionally and sacrificially within the confines of biblical marriage to create and sustain a family.

8. We believe that all persons should be treated with respect and dignity regardless of religion, race, sex, ethnicity, gender identity, sexual orientation, or other characteristics, as all people are made in God's image. *See* Genesis 1:26-27.

9. We respect the rights of other parents to make their own decisions about sexuality, gender identity, and how to introduce these topics to their children.

10. We want our daughters, at an appropriate age, to understand and appreciate the unique gifts and challenges of every individual.

11. We believe that discussing issues of sexuality and gender with young children requires sensitivity from parents to determine how and when to introduce these topics to children.

12. We believe that exposing our elementary-aged daughters to viewpoints on sex, sexuality, and gender that contradict Catholic teaching on these subjects is inappropriate and conflicts with our religious duty to raise our children in accordance with Catholic teaching.

13. We believe that children—particularly those in elementary school—are highly impressionable to ideological instruction presented in children's books or by schoolteachers.

14. We believe the risk is even more serious when ideological instruction is imposed to the exclusion of other viewpoints.

15. We believe that the Pride Storybooks go far beyond teaching kindness and respect and are being used to impose an ideological view of family life and sexuality that characterizes any divergent beliefs as "hurtful."

16. The Pride Storybooks undermine our efforts to raise our children in accordance with our faith as the books encourage young, elementary-aged children to question their sexuality and gender, ignore important differences between men and women, approve gender transitioning, focus prematurely on romantic relationships and sexuality, and dismiss parental and religious guidance on these issues.

17. Earlier this year we asked our school principle to have our daughters excused from class when any of the storybooks at issue in this lawsuit were being read.

18. The principal agreed that they would be excused from the classroom when any of the storybooks were read that semester.

19. The principal made it clear, however, that no future notifications or opt-outs would be provided.

20. The principal told us that opt-outs were allowed only to accommodate parents' "fears" and that she disagreed with it.

We each declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of June, 2023.

_____
Chris Persak

_____
Melissa Persak