IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMER MAHMOUD, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MONIFA B. MCKNIGHT, *in her official capacity as Superintendent of the Montgomery Board of Education, et al.*,<br><br>*Defendants*. | Case No. 8:23-cv-01380-DLB<br><br>**PROPOSED ORDER** |

Upon consideration of Plaintiffs' Motion for Preliminary Injunction and Memorandum in Support, as well as supporting authorities, declarations, and exhibits, and any response and reply related thereto, it is hereby:

**ORDERED**, that Defendants are enjoined from withholding from the Plaintiff Parents notice and opportunity to opt their children out from reading, listening to, or discussing the storybooks identified in the Plaintiffs' complaint; and

**ORDERED**, that Defendants are enjoined from withholding from the Plaintiff Parents notice and opportunity to opt their children out of any other instruction related to family life or human sexuality that violates the Parents' or their children's religious beliefs.

DATED: _____ day of _____, 2023

_____
Hon. Deborah L. Boardman,
United States District Judge
District of Maryland

1