# EXHIBIT 3

# Core Learning Practices for English Language Arts

In an effort to create sustainable, culturally responsive pedagogy, teachers should regularly work with their PLCs to plan instructional experiences where *students* frequently engage in these learning practices. PLCs should use these practices along with the Components of a Rigorous Classroom and the Instructional Continuum of Personalized Learning to ensure students are meeting the demands of the Common Core State Standards.

## Analysis and Use of Language

- Evaluating the effects of an author's word choices
- Exploring how and why an author varies sentence structure and style
- Determining and clarifying meaning of unknown and multiple-meaning words from context
- Choosing precise language to convey ideas effectively
- Varying sentence structure for meaning, interest, and style (e.g., sentence combining and imitating)

## Close Reading

- Engaging with complex text
- Questioning and making meaning from text
- Reading a variety of texts across genres—short fiction, nonfiction, poetry, essays, and visual texts
- Thinking critically about diverse points of view

## Critical Thinking and Inductive Reasoning

- Evaluating ideas and challenging beliefs
- Recognizing faulty logic and sound reasoning
- Synthesizing evidence to formulate independent conclusions
- Examining abstract or ambiguous concepts
- Engaging in authentic inquiry and incorporating new knowledge to refine thinking
- Using metacognition to develop thinking skills

## Learning *By* Writing and *About* Writing

- Taking risks to develop ideas and voice
- Writing frequently to explore thinking and to build fluency and stamina
- Composing narratives, arguments, and explanatory texts, as well as blending these types of writing
- Synthesizing the best evidence from multiple sources in support of claims
- Engaging in frequent reflection and using ongoing feedback to develop and strengthen writing

## Student Choices

- Cultivating curiosity and wonder by driving their own learning
- Making choices in content, process, pace, and product
- Reflecting on how they learn to make informed choices
- Using a variety of ways to access challenging content and engage in tasks worth doing
- Leading discussions on self-selected texts
- Selecting from a range of diverse texts to understand and appreciate multiple perspectives

## Student Discourse

- Propelling conversations and building on ideas
- Participating in a range of collaborative discussions (e.g., Shared Inquiry, Socratic seminar)
- Providing meaningful and constructive feedback
- Using effective presentation skills
- Citing evidence to support claims
- Working together to clarify questions and solve problems