IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TAMER MAHMOUD, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civ. No. DLB-23-1380 |
| MONIFA B. MCKNIGHT, *et al.*, | * | |
| Defendants. | * | |

**ORDER**

For the reasons stated in the memorandum opinion issued this same date, it is, this 24th day of August, 2023, hereby ORDERED that

1. The plaintiffs' Motion for Preliminary Injunction, ECF 23, is denied; and

2. The plaintiffs' oral motion for an injunction pending appeal is denied.

_____
Deborah L. Boardman
United States District Judge