# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMER MAHMOUD, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>MONIFA B. MCKNIGHT, *in her official capacity as Superintendent of the Montgomery Board of Education, et al.*,<br><br>*Defendants.* | Case No. 8:23-cv-01380-DLB<br><br>**MOTION TO WITHDRAW APPEARANCE** |

Pursuant Local Rule 101(2)(a) undersigned counsel hereby seeks leave of this Court to withdraw as counsel for the plaintiffs in this matter and for reasons, states:

1. Effective August 29, 2023 I will no longer be associated with The Becket Fund for Religious Liberty.

2.  The client is aware of all upcoming deadlines and Plaintiff will continue to be represented by Eric S. Baxter, William J. Haun, and Michael O'Brien of The Becket Fund for Religious Liberty.

3. Undersigned counsel therefore respectfully requests leave of this Court to withdraw his appearance as counsel of record for Plaintiffs.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that this Motion to Withdraw Appearance be granted.

DATED: August 24, 2023.

Approved.
8/25/23

_____
Deborah L. Boardman
United States District Judge

/s/ Brandon L. Winchel
Brandon L. Winchel*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
bwinchel@becketlaw.org

* Not a member of the DC Bar; admitted in California. Practice limited to cases in federal court.