IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMER MAHMOUD, *et al.*,<br><br>  *Plaintiffs*,<br><br> v.<br><br>MONIFA B. MCKNIGHT, *in her official capacity as Superintendent of the Montgomery Board of Education, et al.*,<br><br>  *Defendants*. | Case No. 8:23-cv-01380-DLB |

**NOTICE OF APPEAL TO THE FOURTH CIRCUIT**

Plaintiffs Tamer Mahmoud and Enas Barakat; Jeff and Svitlana Roman; and Chris and Melissa Persak, in their individual capacities and ex rel. their minor children; and Kids First, an unincorporated association of parents and teachers, appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's Memorandum Opinion (Dkt. 59) and Order (Dkt. 60) entered on August 24, 2023, denying their Motion for Preliminary Injunction (Dkt. 23).

Dated: August 25, 2023       Respectfully submitted,

/s/ Eric S. Baxter
Eric S. Baxter
William J. Haun
Michael J. O'Brien*
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave, N.W., Suite 400
Washington, DC 20006
(202) 955-0095
ebaxter@becketlaw.org

Case 8:23-cv-01380-DLB   Document 62   Filed 08/25/23   Page 2 of 2

*Not a member of the DC Bar; admitted in Louisiana. Practice limited to cases in federal court.

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, the foregoing brief was served on counsel for all parties by means of the Court's ECF system in compliance with Fed. R. Civ. P. 5.

Dated: August 25, 2023         /s/ Eric S. Baxter
                               Eric S. Baxter