**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| TAMER MAHMOUD, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>MONIFA B. MCKNIGHT, *in her official<br>capacity as Superintendent of the Montgomery<br>County Board of Education*, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 8:23-cv-01380-DLB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION AND [PROPOSED] ORDER TO STAY DISTRICT COURT
PROCEEDINGS PENDING INTERLOCUTORY APPEAL**

WHEREAS, Plaintiffs commenced this action by filing a complaint on May 24, 2023, Dkt. No. 1;

WHEREAS, each Defendant executed a waiver of service on June 6, 2023, Dkt. No. 22;

WHEREAS, Plaintiffs moved for a preliminary injunction on June 12, 2023 ("Motion for Preliminary Injunction"), Dkt. No. 23;

WHEREAS, the Court granted the parties' joint motion for an extension of time regarding the briefing schedule on June 16, 2023, ordering Defendants to file a response to Plaintiffs' Motion for Preliminary Injunction by July 12, 2023, and Plaintiffs to file a reply in support of their Motion for Preliminary Injunction by July 26, 2023, Dkt. No. 29;

WHEREAS, the Court scheduled a hearing on Plaintiffs' Motion for Preliminary Injunction for August 9, 2023, Dkt. No. 30;

WHEREAS, Plaintiffs filed their first amended complaint on July 6, 2023 ("Complaint");

WHEREAS, Defendants intend to move to dismiss Plaintiffs' Complaint;

WHEREAS, pursuant to the waivers of service executed on June 6, 2023, Federal Rule of Civil Procedure 15(a)(3), and Local Rule 105.2, Defendants' motion to dismiss was originally due by August 1, 2023;

WHEREAS, on July 11, 2023, the Court granted the parties' joint motion to extend the briefing schedule and ordered that Defendants' motion to dismiss would be due fourteen (14) days after the Court issued a decision on Plaintiffs' Motion for Preliminary Injunction, Dkt. No. 38;

WHEREAS, the Court heard argument on Plaintiffs' Motion for Preliminary Injunction on August 9, 2023, Dkt. No. 50;

WHEREAS, on August 24, 2023, the Court issued a memorandum opinion on Plaintiffs' Motion for Preliminary Injunction and ordered that the motion be denied, Dkt. Nos. 59, 60;

WHEREAS, on August 25, 2023, Plaintiffs filed a notice of appeal to the United States Court of Appeals for the Fourth Circuit ("Court of Appeals") from this Court's August 24, 2023 memorandum opinion and order denying Plaintiffs' Motion for Preliminary Injunction, Dkt. No. 62;

WHEREAS, on August 28, 2023, Plaintiffs moved in the Court of Appeals for an injunction pending their appeal of this Court's August 24, 2023 memorandum opinion and order, Dkt. No. 8, Case No. 23-1890 (4th Cir.);

WHEREAS, on August 29, 2023, the Court of Appeals issued a notice requesting that Defendants file a response to Plaintiffs' motion for an injunction pending appeal by September 5, 2023, Dkt. No. 9, Case No. 23-1890 (4th Cir.);

WHEREAS, pursuant to the Court's July 11, 2023 order and Local Rule 105.2, Defendants' motion to dismiss is due on September 7, 2023, Plaintiffs' response is due September 21, 2023, and Defendants' reply is due October 5;

WHEREAS, a decision by the Court of Appeals will likely address a number of arguments that the parties expect to raise in briefing on Defendants' motion to dismiss;

WHEREAS, the briefing schedules for Defendants' motion to dismiss in this Court and Plaintiffs' appeal in the Court of Appeals currently overlap, and the parties expect that they will continue to overlap;

WHEREAS, counsel for the parties have conferred on a proposal to stay proceedings in this Court until the Court of Appeals resolves Plaintiffs' pending appeal;

NOW, THEREFORE, the parties, through their respective undersigned counsel, move the Court to stay all proceedings in this Court, including but not limited to Defendants' deadline to move to dismiss the Complaint, until the Court of Appeals issues its mandate resolving Plaintiffs' appeal from this Court's memorandum opinion and order denying Plaintiffs' Motion for Preliminary Injunction.

A proposed order is provided for the Court below.


Dated: September 5, 2023

Respectfully Submitted,

/s/ Eric S. Baxter*
Eric S. Baxter (MD No. 15640)
William J. Haun (*pro hac vice*)
Michael J. O'Brien** (*pro hac vice*)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave., N.W., Suite 400
Washington, DC 20006
(202) 955-0095
whaun@becketlaw.org

/s/ Thomas K. Bredar
Bruce M. Berman (*pro hac vice*)
bruce.berman@wilmerhale.com
Jeremy W. Brinster (*pro hac vice*)
jeremy.brinster@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037

*Signed by Thomas K. Bredar with permission of Eric S. Baxter

**Not a member of the DC Bar; admitted in Louisiana.  Practice limited to cases in federal court.

*Counsel for Plaintiffs*

Alan E. Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
Thomas K. Bredar (MD No. 21635)
thomas.bredar@wilmerhale.com
Emily Barnet (*pro hac vice*)
emily.barnet@wilmerhale.com
Cassandra A. Mitchell (*pro hac vice*)
cassie.mitchell@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007

*Counsel for Defendants*

**SO ORDERED**

_____
Hon. Deborah L. Boardman

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 5, 2023, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to all counsel of record.

*/s/ Thomas K. Bredar*
Thomas K. Bredar
