FILED:  September 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-1890
(8:23-cv-01380-DLB)

———————————

TAMER MAHMOUD; ENAS BARAKAT; JEFF ROMAN; SVITLANA ROMAN;
CHRIS PERSAK; MELISSA PERSAK, in their individual capacities and ex rel. their
minor children; KIDS FIRST, an unincorporated association

        Plaintiffs - Appellants

v.

MONIFA B. MCKNIGHT; SHEBRA EVANS; LYNNE HARRIS; GRACE
RIVERA-OVEN; KARLA SILVESTRE; REBECCA SMONDROWSKI; BRENDA
WOLFF; JULIE YANG; MONTGOMERY COUNTY BOARD OF EDUCATION

        Defendants - Appellees

----------------------------------
DOUGLAS LAYCOCK, Professor; RICHARD W. GARNETT, Professor; HELEN
M. ALVARE, Professor; THOMAS C. BERG, Professor; MICHAEL W.
MCCONNELL, Professor; NICHOLAS BROWN; ZEINA EL DEBS; TIMOTHY
JANSS; DAGMAR JANSS; STEPHANIE PATE; JEWISH COALITION FOR
RELIGIOUS LIBERTY; COALITION OF VIRTUE; ISLAM AND RELIGIOUS
FREEDOM ACTION TEAM; COALITION FOR JEWISH VALUES;
COMMONWEALTH OF VIRGINIA AND 17 OTHER STATES; ETHICS AND
PUBLIC POLICY CENTER; ERIC DEGROFF, Professor; COMMONWEALTH
OF VIRGINIA AND 22 OTHER STATES; ADVANCING AMERICAN
FREEDOM, INC.; PAUL TELLER; ALASKA FAMILY COUNCIL; AMERICAN
FAMILY ASSOCIATION ACTION; AMERICAN VALUES; CATHOLIC VOTE;
CENTER FOR POLITICAL RENEWAL; CHRISTIAN LAW ASSOCIATION;
CHRISTIANS ENGAGED; EAGLE FORUM; FRONTLINE POLICY COUNCIL;
IDAHO FAMILY POLICY CENTER; INTERNATIONAL CONFERENCE OF
EVANGELICAL CHAPLAIN ENDORSERS; MISSOURI CENTER-RIGHT
COALITION; MINNESOTA FAMILY COUNCIL; MOMS FOR LIBERTY;

NATIONAL ASSOCIATION OF PARENTS d/b/a PARENTSUSA; NEW JERSEY
FAMILY FOUNDATION; NEW MEXICO FAMILY ACTION MOVEMENT;
SETTING THINGS RIGHT; THE FAMILY FOUNDATION; THE JUSTICE
FOUNDATION

      Amici Supporting Appellants

NATIONAL EDUCATION ASSOCIATION; MARYLAND STATE EDUCATION
ASSOCIATION; MONTGOMERY COUNTY EDUCATION ASSOCIATION;
PROFESSOR LAWRENCE G. SAGER; PROFESSOR NELSON TEBBE;
PROFESSOR JUSTIN DRIVER; AMERICAN CIVIL LIBERTIES UNION;
AMERICAN CIVIL LIBERTIES UNION OF MARYLAND; LAMBDA LEGAL
DEFENSE AND EDUCATION FUND, INC.; GLBTQ LEGAL ADVOCATES &
DEFENDERS; NATIONAL CENTER FOR LESBIAN RIGHTS; HUMAN
RIGHTS; CAMPAIGN FOUNDATION; THE TREVOR PROJECT, INC; GLSEN,
INC.; PFLAG, INC.; PFLAG REGIONAL CHAPTERS; EQUALITY NORTH
CAROLINA; SOUTH CAROLINA EQUALITY, INC.; MOCO PRIDE CENTER;
FCPS PRIDE; RAINBOW YOUTH ALLIANCE; SUPPORTING AND
MENTORING YOUTH ADVOCATES AND LEADERS; WHITMAN-WALKER
HEALTH; WHITMAN-WALKER INSTITUTE; MARYLAND;
MASSACHUSETTS, CALIFORNIA, CONNECTICUT; DELAWARE; THE
DISTRICT OF COLUMBIA; HAWAII; ILLINOIS; MAINE; MICHIGAN;
MINNESOTA; NEVADA; NEW YORK; NEW JERSEY; OREGON;
PENNSYLVANIA; RHODE ISLAND; VERMONT; WASHINGTON

      Amici Supporting Appellees

-------------------------

O R D E R

-------------------------

     Costs for these proceedings are taxed and certified in the amount of $1042.40.,

as itemized in the accompanying bill of costs. The costs taxed shall be added to this

court's mandate in accordance with Fed. R. App. P. 39(d).

                For the Court--By Direction

                /s/ Nwamaka Anowi, Clerk