IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMER MAHMOUD, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>THOMAS W. TAYLOR, *in his official capacity as Superintendent of the Montgomery County Board of Education, et al.*,<br><br>    *Defendants*. | Case No. 8:23-cv-01380-DLB<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's August 25, 2025 Order (Dkt. 96), the parties respectfully submit this Joint Status Report.

The parties have continued to meet and confer on the precise terms of a consented entry of preliminary injunction. The parties have also continued settlement discussions, including reaching agreement on a potential mediator, to work toward resolving this litigation. While the parties have made progress, they need additional time to complete their discussions and finalize the preliminary injunction and any potential settlement.

Consistent with the Court's Order, the Parties will submit a further Joint Status Report within 30 days.

Dated: September 24, 2025              Respectfully submitted,

/s/ Alan E. Schoenfeld *               /s/ Eric S. Baxter
Thomas K. Bredar (MD No. 21635)        Eric S. Baxter
Emily Barnet *                         William J. Haun

<div style="display: flex;">

Cassandra A. Mitchell *
WILMER CUTLER PICKERING HALE
    AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*alan.schoenfeld@wilmerhale.com*

BRUCE M. BERMAN *
Thad Eagles *
Jeremy W. Brinster *
WILMER CUTLER PICKERING HALE
    AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037

*Attorneys for Defendants*

**Admitted Pro Hac Vice*

Michael J. O'Brien
Colten L. Stanberry *
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave, N.W., Suite 400
Washington, DC 20006
(202) 955-0095
*ebaxter@becketfund.org*

*Attorneys for Plaintiffs*

**Admitted Pro Hac Vice*

</div>

2