IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMER MAHMOUD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MONIFA B. MCKNIGHT, *in her official capacity as Superintendent of the Montgomery Board of Education*, *et al.*, <br><br> *Defendants*. | Case No. 8:23-cv-01380-DLB <br><br> **MOTION TO WITHDRAW APPEARANCE** |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

Thad Eagles, counsel of record for Defendants, filed a Motion to Withdraw.

THE COURT having considered the Motion and documents in the record, good cause is found, and IT IS HEREBY ORDERED that pursuant to Local Rule 101, the Motion to Withdraw is GRANTED.

All notices of electronic filing issued in this matter are hereby terminated with respect to Mr. Eagles.

DONE AND ORDERED this 31 day of December 2025.

BY THE COURT

_____

United States District Judge